**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

IN RE:                                                    :        CASE NO. 09-51562


FAIRBRIDGE COMMONS.                      :        CHAPTER 11

   Debtor in Possession                    :        RE:  Docs. #3 and 42

_____

JP MORGAN CHASE BANK, N.A.

   Movant                                              Trial Date: June 9, 2010
                                                  at 10:00 a.m.
v.


FAIRBRIDGE COMMONS

   Respondent


**PRETRIAL ORDER RE. THE DEBTOR'S MOTION FOR CASH COLLATERAL**


**APPEARANCES:**

<u>Attorneys for the Movant</u>                       Matthew K. Beatman, Esq.
                                                      Zeisler & Zeisler, PC
                                                      558 Clinton Avenue
                                                      P.O. Box 3186
                                                      Bridgeport, CT 06605


<u>Attorney for the Respondent</u>                  Michael S. Wrona, Esq.
                                                      Halloran & Sage, LLP
                                                      One Goodwin Square
                                                      225 Asylum Street
                                                      Hartford, CT 06103

    1.      **DISCOVERY**

      All discovery shall be completed and closed no later than May 31, 2010, 2010 ("Discovery Bar Date").  The Movant's experts (if any) shall be disclosed by April 26, 2010.  The Respondent's experts (if any) shall be disclosed by May 10, 2010.

1

2.     **WITNESSES AND EXHIBITS**

(a)     A list of witnesses with a short statement of the testimony of each and a list of exhibits shall be exchanged and filed, with two copies delivered to chambers no later than 10 days after the Discovery Bar Date. A copy of each exhibit, corresponding to the appropriate exhibit list, shall be exchanged but not filed or delivered to chambers. In complying with this paragraph, the Movant's exhibits shall be marked alphabetically, and the Respondent's exhibits shall be marked numerically.

(b)     No expert witness may testify unless a detailed and signed report of that expert's opinion has been exchanged, filed, and two copies delivered to chambers no later than 10 days after the Discovery Bar Date.

(c )     Each party shall utilize the discovery obtained under this pretrial order to anticipate all witnesses who may be called and exhibits that may be offered during the trial, including those that might be offered for rebuttal or impeachment purposes.

(d)     A party may not call a witness or offer an exhibit that is not on that party's lists of witnesses and exhibits

(e)     All witness and exhibit lists filed in compliance with any prior pretrial orders in this proceeding are superseded by this pretrial order.

(f)     Witnesses and exhibits lists, and expert reports shall be accompanied by a certification of service.

(g)     Three copies of each exhibit shall be delivered to the bench as it is admitted into evidence.

3.     **TRIAL MEMORANDA**

Unless ordered, no pretrial memoranda shall be filed. All memoranda that are ordered shall be double spaced on 8 1/2" x 11" paper with 12 pt. font and shall be exchanged and filed, with two copies delivered to chambers no later than the date ordered. A certification of service shall be filed with each memorandum.

4.     **TRIAL CONFIRMATION**

THE MOVANT SHALL ASCERTAIN WHETHER THE TRIAL SCHEDULED BY THIS PRETRIAL ORDER WILL PROCEED AND SHALL REPORT THAT INFORMATION TO THE JUDGE'S CHAMBERS NO LATER THAN 4:30 P.M. ON THE FRIDAY BEFORE THE TRIAL DATE. FAILURE TO COMPLY WITH THIS REQUIREMENT MAY RESULT IN THE DISMISSAL OF THE PROCEEDING AND / OR SUCH OTHER CONSEQUENCE AS THE COURT DEEMS APPROPRIATE.

2

**5.     CONTINUANCE**

A request by a party for the continuance of a trial scheduled by this Pretrial Order may be granted once if the requesting party states that all affected parties have consented to a continuance and a proposed rescheduled date. Any subsequent request for a continuance shall be referred to Judge Alan H. W. Shiff.

**6.     SETTLEMENT CONFERENCE**

If appropriate, the court will conduct a pretrial conference at which an attempt will be made to settle the controversy or narrow the issues. Counsel for the parties shall attend any such conference fully authorized to make a final demand or offer and shall either be accompanied by the person or persons authorized and competent to accept or reject a settlement proposal or such persons shall be available by telephone.

**CONSENT:**

For the Movant


Signature _____/s/_____     Dated: __3/19/10_____
         Matthew K. Beatman


For the Respondent


Signature _____/s/_____     Dated: ___3/19/10_____
         Michael S. Wrona


Dated: March 24, 2010

Alan H. W. Shiff
United States Bankruptcy Judge

1687040v.1